AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

GISTARVE RUFFIN, JR.,

      Petitioner,          JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:12-cv-00368-RCJ-VPC**

STATE OF NEVADA, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new petition in a new action.

 August 3, 2012                                              **LANCE S. WILSON**
                                                                                  Clerk

                                                                                /s/  M. Campbell
                                                                                Deputy Clerk